The People *ex rel.* Richard K. Spear, Petitioner-Appellant, *v.* Allyn Sielaff, Director, Illinois Department of Corrections, Respondent-Appellee.

(No. 12480;

Fourth District—June 19, 1975.

PER CURIAM.

Richard J. Wilson and Thomas Nelson, both of State Appellate Defender's Office, of Springfield, for appellant.

James R. Burgess, Jr., State's Attorney, of Urbana (John R. DeLaMar, Assistant State's Attorney, of counsel), for appellee.